FARRELL, Appellant, v. MYTYS et al, Respondents.

(196 N. W. 495.)

(File No. 5429.  Opinion filed December 21, 1923.)

**Appeal and Error—Judgments—Opening or Vacating—Relief from
Default Judgment Held Not Precluded.**

> That an affidavit of merits and a proposed answer submitted
> with a motion to vacate a default judgment were not served
> upon plaintiff's attorneys cannot be urged on appeal to defeat
> relief where plaintiff appeared at the hearing of the motion,
> and did not resist it on that ground.

Appeal from Circuit Court, Minnehaha County; Hon. L. L.
Fleeger, Judge.

Action by Fay Farrell against Adam Mytys and another.
From an order vacating a default judgment for plaintiff, plain-
tiff appeals.  Order affirmed.

*Krause & Krause*, of Dell Rapids, for Appellant.

Appellant cited: Larson v. Rumley Co., 35 S. D. 542, 153
N. W. 301; Des Moines, etc., Inc. Association v. Clute, 35 S. D.
154, 151 N. W. 281; Judd v. Patton, 13 S. D. 648-55; Union
Savings Assn. v. Summers, 40 S. D. 177; 166 N. W. 638; Mc-
Harg v. Finance Corporation, 44 S. D. 144, 152; 182 N. W. 705;
Stevens v. Faus, 20 S. D. 367, 371.

GATES, J.  Defendants were in default, relying upon abor-
tive proceedings to secure a change of venue.  Judgment was en-
tered for plaintiff by default.  Defendants moved to vacate the
judgment and for leave to answer.  An affidavit of merits and a
proposed answer were made.  It is urged that these were not
served on plaintiff's attorneys, but plaintiff appeared at the hear-
ing of the motion, and did not resist the motion on that ground.
The only tangible objections made to the granting of the motion
were that there was an insufficient showing of merits, and that
the answer did not disclose a defense.  The trial court found that
the judgment was rendered through mistake, and that the an-
swer stated a valid defense, and entered an order vacating the
judgment.  Plaintiff appeals.

The affidavit of merits might not have been sufficient under
former circuit court rules 9, 10, and 11, in effect November 15,
1909 (22 S. D., preliminary page 4), but was sufficient under

present trial courts rule 10 (40 S. D., preliminary page 20).

Appellant has not argued the point that the answer did not state a defense.

The order appealed from is affirmed.

Note.—Reported in 196 N. W. 495. See, Headnote, American Key-Numbered Digest, Appeal and error, Key-No. 232(1), 3 C. J. Secs. 640, 800.